# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 24-0328V

| | |
|---|---|
| ALFRED D. CORIALE,<br><br>    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>    Respondent. | Chief Special Master Corcoran<br><br>Filed: December 23, 2024 |

*Ramon Rodriguez, III, Sands Anderson, PC, Richmond, VA, for Petitioner.*

*Ryan Nelson, U.S. Department of Justice, Washington, DC, for Respondent.*

### **DECISION AWARDING DAMAGES**[1]

On March 1, 2024, Alfred D. Coriale filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that suffered Guillain-Barré Syndrome ("GBS") that developed following an influenza ("flu") vaccine administered on September 21, 2021. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 23, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation. On December 19, 2024, Respondent filed a combined Rule 4(c) Report and Proffer on award of compensation ("Rule 4/Proffer") indicating Petitioner should be awarded a total of $97,000.00, consisting of $95,000.00, in pain and suffering, $557.87 for unreimbursable medical and related expenses, and $1,442.13 for future unreimbursable medical and related expenses reduced to net present value. Rule 4/Proffer at 5. In the Rule 4/Proffer, Respondent represented that Petitioner agrees with

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Rule 4/Proffer.

Pursuant to the terms stated in the Rule 4/Proffer, **I award Petitioner a lump sum payment of $97,000.00, (consisting of $95,000.00, in pain and suffering, $557.87 for unreimbursable medical and related expenses, and $1,442.13 for future unreimbursable medical and related expenses reduced to net present value) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.